IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

QUINTON LEWIS,

       Petitioner,

v.

BRAD CAIN,

       Respondent.
_____

Case No. 2:20-cv-00668-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 34), and the matter is now before this Court on Petitioner's objections. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 34) is adopted in full. The First Amended Petition for Writ of Habeas Corpus (ECF No. 17) is DENIED. A Certificate of Appealability is DENIED because Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000).

1 –ORDER

IT IS SO ORDERED.

       DATED this 10th day of December, 2021.

                                        <u>/s/ Michael J. McShane</u>
                                            Michael McShane
                                    United States District Judge

2 –ORDER